IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

      Plaintiff,               No. CIV S-05-1365 LKK DAD P

   vs.

LAURIE VAN DIVER, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Plaintiff has filed a document in which he asserts that this court directed the United States Marshal to serve a summons and complaint on the defendant within ten days. Plaintiff asks the court to remind the Marshal to serve the summons and complaint as soon as possible.

      Plaintiff is in error.  The court's July 29, 2005 order directs the Marshal to notify the defendant, within ten days, of the commencement of this action and to request a waiver of service of summons in accordance with the provisions of Fed. R. Civ. P. 4(d).  Pursuant to Rule 4, a request for waiver "shall allow the defendant a reasonable time to return the waiver, which shall be at least 30 days from the date on which the request is sent."  Fed. R. Civ. P. 4(d)(2)(F). The order provides that the Marshal shall file a signed waiver or a waiver request returned undelivered as soon as received.  If a waiver request is not returned by the defendant within sixty

1

1   days from the date of mailing the request, the United States Marshal is then, and only then,

2   required to attempt personal service.

3             Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2005 ex

4   parte request for an order is denied.

5   DATED: September 16, 2005.

6

7   _____
    DALE A. DROZD
8   DAD:13            UNITED STATES MAGISTRATE JUDGE
    atte1365.reqden
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26