IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                    No. CIV S-05-1365 LKK DAD P

    vs.

LAURIE VAN DIVER, et al.,

    Defendants.               ORDER

_____/

      The undersigned has been notified by the Clerk of the Court that plaintiff filed a consent to proceed before a United States Magistrate Judge on January 31, 2006, and that defendant Van Diver's status report filed February 28, 2006, indicates that defendant consents. Defendant's counsel is informed that the consent form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. The form can be located by selecting CM/ECF, Forms, Civil form, and Consent to Proceed Before Mag Judge, in that order. Good cause appearing, IT IS ORDERED that defendant's consent form shall be filed and served within fifteen days after this order is filed.

DATED: March 28, 2006.

DAD:13
atte1365.40supp

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE