```
                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

               Plaintiff,

     v.                              CIV. NO. S-05-1365 LKK/DAD P

LAURIE VAN DIVER, et al.,

               Defendants.
_____/

DANNY ATTERBURY,

               Plaintiff,

     v.                              CIV. NO. S-05-2383 GEB/PAN P

ADAM WEINER, et al.,                 RELATED CASE ORDER

               Defendants.
_____/
```

Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve some of the same parties, and are based on the same or similar claims, some of the same events, similar questions of fact and law.

////

1

1 Accordingly, the assignment of the matters to the same judge
2 and magistrate judge is likely to effect a substantial savings of
3 judicial effort and is also likely to be convenient for the
4 parties.

5 The parties should be aware that relating the cases under
6 Local Rule 83-123 merely has the result that the two (2) actions
7 are assigned to the same judge and magistrate judge; no
8 consolidation of the actions is effected. Under the regular
9 practice of this court, related cases are generally assigned to the
10 judge and magistrate judge to whom the first filed action was
11 assigned.

12 IT IS THEREFORE ORDERED that the action denominated CIV. NO.
13 S-05-2383 GEB/PAN P be, and the same hereby is, reassigned to Judge
14 Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all
15 further proceedings, and any dates currently set in this reassigned
16 case only are hereby VACATED. Henceforth, the caption on documents
17 filed in the reassigned case shall be shown as CIV. NO. S-05-2383
18 LKK/DAD P.

19 IT IS FURTHER ORDERED that the Clerk of the Court make
20 appropriate adjustment in the assignment of civil cases to
21 compensate for this reassignment.

22 DATED: March 30, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT