IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

              Plaintiff,              No. CIV S-05-1365 DAD P

    vs.

LAURIE VAN DIVER,

              Defendant.          <u>ORDER</u>

_____/

          Plaintiff has requested five blank subpoena forms and a copy of this district's handbook for pro se litigants.  Plaintiff is informed that this district does not have such a handbook.  The Clerk will be directed to send plaintiff the subpoena forms he has requested.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Plaintiff's April 5, 2006 request is granted in part; and

          2.  The Clerk of the Court is directed to send plaintiff five blank subpoena forms.

DATED: May 5, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
atte1365.reqs2