IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                         No. CIV S-05-1365 DAD P

    vs.

LAURIE VAN DIVER,

    Defendant.                     <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file a complete pretrial statement and any motions necessary to obtain the attendance of witnesses at trial pursuant to the court's April 6, 2006 scheduling order. Good cause appearing, plaintiff's request will be granted. In addition, the court will revise dates with respect to the remainder of the scheduling order. However, except as set forth in this order, the court's April 6, 2006 scheduling order remains in effect.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 1, 2007 request for an extension of time is granted;

        2. Plaintiff shall file and serve a complete pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before June 8, 2007; Defendant Van Diver shall file a pretrial statement on or before June 22, 2007. The parties are advised that

1

1 failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of
2 this action;

3        3. Pretrial conference, as described in the court's scheduling order filed April 6,
4 2006, is continued from May 25, 2007, to June 29, 2007.  The pretrial conference shall be
5 conducted on the file only, without appearance by either party;

6        4. Jury trial before the undersigned is continued from September 17, 2007, to
7 October 15, 2007 at 10:00 a.m. in Courtroom No. 27; and

8        5. Except as set forth in this order, the scheduling order filed April 6, 2006,
9 remains in effect.

10 DATED: May 9, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
atte1365.41mod.36

2