IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

        Plaintiff,                        No. CIV S-05-1365 DAD P

    vs.

LAURIE VAN DIVER,

        Defendant.                ORDER

_____/

        On May 24, 2007, and May 25, 2007, plaintiff filed documents titled "Request for Federal Court Intervention and Temporary Restraining Order."  Plaintiff requests a temporary restraining order "to prevent anyone from confining [him] in the El Dorado County Jail." Plaintiff alleges that Deputy District Attorney Jamie Verwayen has opposed his request to the Superior Court not to house him in the El Dorado County Jail.  In addition, plaintiff alleges that defendant Laurie Van Diver houses him and other mental patients in county jail, knowing that the conditions of confinement are unpleasant, in an attempt to cause patients to abandon their hearings for release.  Plaintiff also alleges that he is in pain from a spinal injury, and confinement in the county jail would exacerbate that pain.

        Plaintiff's request will be denied.  Plaintiff's request is not accompanied by a memorandum of points and authorities demonstrating this court's authority to interfere in

1

1 ongoing state court proceedings, declarations demonstrating that plaintiff will suffer irreparable
2 injury if his request is not granted, or evidence of notice to all individuals and entities that would
3 be affected by the orders sought.  See Local Rule 65-231.
4       Accordingly, IT IS HEREBY ORDERED that plaintiff's May 24, 2007 and May
5 25, 2007 requests for a temporary restraining order are denied.
6 DATED: June 8, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
atte1365.tro