IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                    No. CIV S-05-1365 DAD P

    vs.

LAURIE VAN DIVER,

    Defendant.                <u>ORDER</u>

_____/

        On June 21, 2007, defendant filed a pretrial statement and requested leave to file a motion for summary judgment. Defendant alleges that, prior to the deadline for the filing of dispositive motions, defendant's counsel was extraordinarily busy due to trials and staffing shortages. (Def's. Pretrial Statement at 6-7.) Good cause appearing, the court will grant defendant's request for leave to act beyond time to file a motion for summary judgment. In addition, the court will vacate the dates for pretrial conference and jury trial. However, the remainder of the court's April 6, 2007 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after defendant's motion for summary judgment has been ruled upon.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's June 21, 2007 request for leave to act beyond time to file a motion for summary judgment is granted;

2. Defendant shall file a motion for summary judgment thirty days from the date of this order. The motion shall be briefed pursuant to Local Rule 78-230(m). Failure to oppose such a motion timely may be deemed a waiver of opposition to the motion.

3. Dates related to pretrial conference (June 29, 2007) and jury trial (September 17, 2007) are vacated. The remainder of the court's April 6, 2007 scheduling order remains in effect. The court will issue a revised scheduling order if necessary after summary judgment has been ruled upon.

DATED: June 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
atte1365.36msj

2