IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY ATTERBURY,

    Plaintiff,                               No. CIV S-05-1365 DAD P

    vs.

LAURIE VAN DIVER,

    Defendant.                            ORDER

_____/

        On August 2, 2007 defendant filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Plaintiff has not opposed the motion. However, on August 10, 2007 and on August 14, 2007, plaintiff filed two notices with the court stating that he is unable to respond to the motion at this time. The court has construed the notices as requests for extensions of time. The court will grant plaintiff thirty days from the date of this order to file an opposition to defendant's motion for summary judgment. Plaintiff is advised that under, Local Rule 78-230(m), "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the defendant's motion for summary

/////

1

1  judgment.  Failure to file an opposition will be deemed as a statement of non-opposition and
2  shall result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).
3  DATED: February 20, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
atte1365.46